UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADT LLC, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:15-CV-2252-G |
| ALLIANCE SECURITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The parties having advised the court that this case has been settled, it is

**ORDERED** that the final judgment or order of dismissal be presented for entry by

**July 18, 2017**.  If it is not, then the case will be subject to dismissal.

June 6, 2017.

_____
A. JOE FISH
**Senior United States District Judge**